1   TRINETTE G. KENT (State Bar No. 025180)
2   10645 North Tatum Blvd., Suite 200-192
    Phoenix, AZ 85028
3   Telephone:  (480) 699-8693
4   Facsimile:  (480) 717-4781
    E-mail: tkent@lemberglaw.com
5
6   Of Counsel to
    Lemberg Law, LLC
7   A Connecticut Law Firm
8   1100 Summer Street
    Stamford, CT  06905
9   Telephone:  (203) 653-2250
10  Facsimile:  (203) 653-3424
11
    Attorneys for Plaintiff,
12  Katie Hines
13
14                 UNITED STATES DISTRICT COURT
15                  FOR THE DISTRICT OF ARIZONA

16  Katie Hines,                          Case No.: 2:15-cv-00736-JJT
17                                         **NOTICE OF SETTLEMENT**
                 Plaintiff,
18
19        vs.
20  U.S. Collections West, Inc.; and DOES 1-
21  10, inclusive,
22               Defendants.
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of

Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R.

Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 11th day of May, 2015.

LEMBERG LAW, LLC

 /s/ Trinette G. Kent
TRINETTE G. KENT
Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On May 11, 2015, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

**BY ELECTRONIC FILING:** I hereby certify that on May 11, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Attorney for Defendants U.S. Collections West, Inc.**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 11, 2015.

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Trinette G. Kent*
TRINETTE G. KENT
Attorney for Plaintiff

4

NOTICE OF SETTLEMENT